Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants CITY OF SUNNYVALE, DEVON KLEIN,
CARL RUSHMEYER and KELLY FITZGERALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MILLAR, PATRICIA MILLAR, and DAVID MILLAR,<br><br>        Plaintiffs,<br>    vs.<br><br>CITY OF SUNNYVALE, DEVON KLEIN, CARL RUSHMEYER, KELLY FITZGERALD, and DOES 1 to 20,<br><br>        Defendants. | Case No.:  CV10-0827 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE FIRST AMENDED COMPLAINT |

The parties, through undersigned counsel, stipulate as follows, and request that the Court enter its Order implementing this stipulation.

1.   On the record of the June 7, 2010 hearing/Case Management Conference, the parties agreed that Plaintiffs – in light of a then-scheduled mediation session set for August 30, 2010 -- would have until September 30, 2010 to file an amended Complaint. Likewise, the parties also stipulated to allow Defendants additional time in which to file a responsive pleading, until 20 days after service of the amended Complaint.

2.   The June 17, 2010 Order, of the Court, inadvertently or otherwise failed to reflect the Court's approval of those terms, which are noted on the June 7, 2010 transcript. Previously, Plaintiff lodged relevant portions of the transcript, and so forth, in materials that were filed on September 13, 2010.

3. The parties wish to implement their agreements reached June 7, 2010 and request that the Court issue an order achieving that result, for all parties' benefits.

Dated:  September 29, 2010          LAW OFFICES OF NICHOLAS DAMER


                                    By:_____/s/_____
                                         Nicholas Damer
                                         Attorney for Plaintiffs


Dated: September 30, 2010           BERTRAND, FOX & ELLIOT


                                    By:_____/s/_____
                                         Gregory M. Fox
                                         Attorney for Defendants
                                         CITY OF SUNNYVALE, DEVON KLEIN,
                                         CAROL RUSHMEYER and KELLY
                                         FITZGERALD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: September 30, 2010                    _____/s/_____
                                                  Gregory M. Fox

**ORDER**

Good cause appearing, it is ordered that the above Stipulation is approved and that the Plaintiffs shall have until September 30, 2010 in which to file and serve an amended complaint, and Defendants shall have until 20 days thereafter to respond.
The Amended Complaint shall be filed as a separate docket entry.

Dated:  _October 1, 2010_____

                                    _____
                                    JAMES WARE
                                    United States District Court Judge

2