IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bruce Millar, et al., | NO. C 10-00827 JW |
|     Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| City of Sunnyvale, et al., | |
|     Defendants. | |

This case is scheduled for a Case Management Conference on April 4, 2011. Defendants have filed a Motion to Dismiss set for hearing on June 27, 2011. (See Docket Item No. 43.) In light of the pending dispositive Motion, the Court finds that a Case Management Conference is premature at this time.

Accordingly, the Court VACATES the April 4 Conference. The Court will set a new Conference date in its Order addressing the pending Motion, if necessary.

Dated: March 30, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arlene Catherine Helfrich ahelfrich@bfesf.com
Gregory Mellon Fox gfox@bfesf.com
Nicholas Damer nicliberty@aol.com

**Dated: March 30, 2011**  **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**