Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
SACsimile:   (415) 353-0990

Attorneys for Defendants CITY OF SUNNYVALE, DEVON KLEIN,
CAROL RUSHMEYER and KELLY FITZGERALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MILLAR, PATRICIA MILLAR, and DAVID MILLAR,<br><br>          Plaintiffs,<br>     vs.<br><br>City of Sunnyvale, a municipal corporation within the State of California; Bureau of Police Chief Don Johnson; Bureau of Police Deputy Chief Mark Stivers; Bureau of Police Captain Kelly Fitzgerald; Bureau of Police Lieutenant Carl Rushmeyer; Bureau of Police Lieutenant Tracy Hern; Bureau of Police Lieutenant "Tim" Ahearn, Bureau of Police "PTO" Devon Klein; Bureau of Police "PSO" Ben Holt; Bureau of Police "PSO" Sean Werner; Bureau of Police "PSO" John Crouch; Bureau of Police "PSO" Eric Golembiewski; David Kahn, City Attorney, City of Sunnyvale; Rebecca Moon, Assistant City Attorney, City of Sunnyvale; Craig M. Brown; and DOES 1-50,<br><br>          Defendants. | Case No.: CV10-0827 EJD<br><br>**DEFENDANTS CITY OF SUNNYVALE, DEVON KLEIN, CARL RUSHMEYER AND KELLY FITZGERALD'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND FOR MORE DEFINITE STATEMENT** |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

On April 25, 2011 the Court filed a Reassignment Order, reassigning the present case to the Honorable Edward J. Davila, which terminated all pending motions. Defendants CITY OF SUNNYVALE, DEVON KLEIN, CAROL RUSHMEYER and KELLY FITZGERALD have presently set a Motion to Dismiss and For More Definite Statement Re Plaintiffs' Second Amended

1

DEFENDANTS CITY OF SUNNYVALE, KLEIN, RUSHMEYER AND FITZGERALD'S NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT RE PLAINTIFFS' SECOND AMENDED COMPLAINT

1  Complaint which is scheduled for June 27, 2011 at 9:00 a.m.  Notice is hereby given that this motion
2  is withdrawn.  Defendants will re-notice and re-file said motion.
3
4  Dated:  April 29, 2011                              BERTRAND, FOX & ELLIOT
5
6                                                     By:  _____/s/_____
7                                                          Gregory M. Fox
                                                           Attorney for Defendants
8                                                          CITY OF SUNNYVALE, DEVON KLEIN,
                                                           CAROL RUSHMEYER and KELLY FITZGERALD
9

2

DEFENDANTS CITY OF SUNNYVALE, KLEIN, RUSHMEYER AND FITZGERALD'S NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT RE PLAINTIFFS' SECOND AMENDED COMPLAINT