Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants CITY OF SUNNYVALE, DEVON KLEIN,
CARL RUSHMEYER and KELLY FITZGERALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MILLAR, PATRICIA MILLAR, and DAVID MILLAR,<br><br>           Plaintiffs,<br>     vs.<br><br>CITY OF SUNNYVALE, DEVON KLEIN, CARL RUSHMEYER, KELLY FITZGERALD, and DOES 1 to 20,<br><br>           Defendants. | Case No.: CV10-0827 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR JOINT CASE MANAGEMENT** |

The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the filing date for the Joint Case Management Conference Statement presently set for Friday, May 6, 2011 to Friday, May 13, 2011. Good cause exists to move the Case Management Conference for the following reasons.  The parties need additional time to complete the meet and confer process on the contents of the joint statement given the complexity of legal issues, the defendants' pending motion to dismiss now scheduled for September 16, 2011, additional motions the parties may bring and whether those motions may also be scheduled for September 16, 2011 as well as a stipulated briefing schedule for said motions; the service status of all named defendants and whether the case would benefit from another ADR session.

Dated:  May 6, 2011                              LAW OFFICES OF NICHOLAS DAMER


                                                 By:_____/s/_____
                                                     Nicholas Damer
                                                     Attorney for Plaintiffs

Dated:  May 6, 2011                              BERTRAND, FOX & ELLIOT


                                                 By:_____/s/_____
                                                     Gregory M. Fox
                                                     Arlene C. Helfrich
                                                     Attorney for Defendants
                                                     CITY OF SUNNYVALE, DEVON KLEIN,
                                                     CAROL RUSHMEYER and KELLY FITZGERALD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: May 6, 2011                                        _____/s/_____
                                                           Gregory M. Fox


**ORDER**

Good cause appearing, it is ordered that the above Stipulation is approved and the filing date for the updated Joint Case Management Conference Statement is continued from Friday, May 6, 2011 to Friday, May 13, 2011.


Dated:  ___May 11, 2011_____

                                                 _____
                                                 United States District Court Judge