1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:     (415) 353-0999
4  Facsimile:     (415) 353-0990

5  Attorneys for Defendants CITY OF SUNNYVALE, DEVON KLEIN,
   CARL RUSHMEYER and KELLY FITZGERALD
6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BRUCE MILLAR, PATRICIA MILLAR, and        Case No.:  CV10-0827 EJD
   DAVID MILLAR,
12                                           STIPULATION FOR [~~PROPOSED~~] ORDER
                                             OF DISMISSAL OF THE ENTIRE ACTION
13              Plaintiffs,                  WITH PREJUDICE EACH SIDE TO BEAR
           vs.                               THEIR OWN FEES AND COSTS
14
   City of Sunnyvale, a municipal corporation FRCP 41(a)(2)
15 within the State of California; Bureau of Police
   Chief Don Johnson; Bureau of Police Deputy
16 Chief Mark Stivers; Bureau of Police Captain
   Kelly Fitzgerald; Bureau of Police Lieutenant
17 Carl Rushmeyer; Bureau of Police Lieutenant
   Tracy Hern; Bureau of Police Lieutenant "Tim"
18 Ahearn, Bureau of Police "PTO" Devon Klein;
   Bureau of Police "PSO" Ben Holt; Bureau of
19 Police "PSO" Sean Werner; Bureau of Police
   "PSO" John Crouch; Bureau of Police "PSO"
20 Eric Golembiewski; David Kahn, City Attorney,
   City of Sunnyvale; Rebecca Moon, Assistant
21 City Attorney, City of Sunnyvale; Craig M.
   Brown; and DOES 1-50,
22
                Defendants.
23

24         IT IS HEREBY STIPULATED by and between the parties, plaintiffs Bruce Millar, Patricia

25 Millar and David Millar and Defendant City of Sunnyvale, Don Johnson, Mark Stivers, Kelly

26 Fitzgerald, Carl Rushmeyer, Tracy Hern, Tim Ahern, Devon Klein, Ben Holt, Sean Werner, John

27 Crouch, Eric Golembiewski, David Kahn, Rebecca Moon and the Sunnyvale Police Department

28 (collectively, the "City"), and all Does 1-50 and all Released Persons through their designated

counsel that the above-captioned entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), as to all of the claims, complaints and causes of action of plaintiffs, and each of them, pursuant to the settlement agreement entered into between the parties.  Each side to bear their own fees and costs.

Dated: July 27, 2011                     LAW OFFICES OF NICHOLAS DAMER


                                 By:     _____/s/_____
                                         Nicholas Damer
                                         Attorney for Plaintiffs

Dated:  July 27, 2011                    BERTRAND, FOX & ELLIOT


                                 By:     _____/s/_____
                                         Gregory M. Fox
                                         Attorney for Defendants
                                         CITY OF SUNNYVALE, DEVON KLEIN,
                                         CARL RUSHMEYER and KELLY FITZGERALD

## ATTORNEY ATTESTATION

        I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.


Dated: July 27, 2011                     _____/s/_____
                                         Gregory M. Fox

## ORDER

        Good cause appearing, it is ordered that the above Stipulation is approved and it is SO ORDERED that the entire action is DISMISSED WITH PREJUDICE,  each side to bear their own fees and costs.  The Clerk shall close this file.

Dated:  ___August 24, 2011___


                                         _____
                                         Hon. EDWARD  J. DAVILA
                                         United States District Court Judge

STIPULATION FOR AN ORDER OF DISMISSAL WITH PREJUDICE ENTIRE ACTION